AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

FILED

2014 AUG -5 A 9: 38

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| United States of America | ) |
|---|---|
| v. | ) |
| ROBERT WARMINGTON HAMILTON, a/k/a Bobby Hammond, | ) Case No. 4-14-71042 |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 12, 2014 and April 25, 2014__ in the county of __ALAMEDA__ in the __NORTHERN__ District of __CALIFORNIA__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 United States Code, § 1029(a)(2) | Fraud and Related Activity in Connection with Access Devices |

Maximum penalties are:
1. 10 years imprisonment
2. $250,000 fine, or twice the gain or loss
3. 3 years supervised release
4. $100 special assessment

This criminal complaint is based on these facts:
See the affidavit of FBI Special Agent Armando Delgado-Campos attached hereto and incorporated by reference.

☐ Continued on the attached sheet.

APPROVED AS TO FORM

_/s/ T. Milder_
SAUSA TAI MILDER

_Complainant's signature_

FBI Special Agent Armando Delgado-Campos
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/5/14

_Kandis Westmore_
*Judge's signature*

City and state: __Oakland, California__

Honorable Magistrate Judge Kandis A. Westmore
*Printed name and title*



AFFIDAVIT

I, Armando Delgado-Campos, being duly sworn, depose and state as follows:

## I.   INTRODUCTION

1.   This affidavit is presented in support of an application for a criminal complaint and arrest warrant for Robert Warmington Hamilton ("Hamilton").

2.   The information presented in this affidavit is based on information I have gained from my personal investigation and observations, investigation by other officers, and my training and experience. As described herein, probable cause exists to believe that Hamilton has violated Title 18, United States Code, Section 1029 (a)(2) ("Access Device Fraud").

## II.   BACKGROUND

3.   I am a Special Agent with the Federal Bureau of Investigation (FBI) assigned to the Concord Resident Agency. I am a graduate of California State University, Sacramento. I earned a Bachelor's of Science degree, with a concentration in Accountancy, in 2002. In 2005, I successfully completed New Agents' Training at the FBI's Training Academy at Quantico, Virginia. Since December 8, 2005, when I first became an FBI Special Agent, I have worked on a White Collar Crime Squad investigating financial crimes. In the course of my duties, I investigate federal offenses including access device fraud (18 U.S.C. § 1029), securities fraud (15 U.S.C. § 78), mail fraud (18 U.S.C. § 1341), wire fraud (18 U.S.C. § 1343), and money laundering (18 U.S.C. § 1957(a)). I am a case agent on the matters referenced in this affidavit, and I am familiar with the facts and circumstances of this investigation.

4.   The statements contained in this affidavit are based on my experience and background as a Special Agent (SA) and on information provided to me by other FBI agents, and state/local law enforcement officers. I am also familiar with the circumstances of the offenses

described in this affidavit as a result of my personal participation in this investigation. My familiarity is based upon information received from interviews of witnesses and co-conspirators; and review of documents and records compiled and/or obtained during the investigation.

5. I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the arrest of Hamilton.

### III. OVERVIEW OF THE FRAUD SCHEME

6. Since September 2011, the FBI has been investigating a fraud scheme involving the unauthorized transfer of funds from account holders of Navy Federal Credit Union ("NFCU"), including many current and former military personnel. NFCU is headquartered in Vienna, Virginia. These activities were brought to the attention of the FBI by NFCU Investigator Christopher McBrayer ("McBrayer"). Records provided by McBrayer indicated that the subjects have been perpetrating this scheme since approximately May 2010.

7. Beginning around September 2011, unknown suspects compromised several NFCU accounts by phone and/or through the bank website, NavyFederal.org. The majority of the accounts belong to current or former members of the military. Using compromised account information, such as the personal identifiers of the account holders, the suspects conducted different types of funds transfers.

8. One of the schemes involved a request for the transfer of funds from a victim's NFCU account to Western Union branches in various locations. The funds would be transferred to an individual specified by the suspects.

### IV. FACTS SUPPORTING PROBABLE CAUSE

9. On April 12, 2014, Hamilton contacted NFCU impersonating an account holder

with the initials C.H. Hamilton caused a transfer of $1,750 to be made from C.H.'s account at NFCU. The transfer went from NFCU in Vienna, Virginia to a Western Union branch in a Money Mart store located in Oakland, California. Hamilton received the $1,750 using a false military identification card bearing Hamilton's photo and the name of "C.H." Hamilton collected the $1,750 and signed as "C.H."

10.     On April 25, 2014, Hamilton caused a transfer of $1,500 from an NFCU account holder named R.S. via Western Union. To pick up the money, Hamilton went to the same Western Union branch in the Money Mart store located in Oakland, California. Hamilton attempted to receive the $1,500 using a false military identification card bearing Hamilton's photo and the name of "R.S." The Money Mart employee recognized Hamilton from the April 12, 2014 transaction and did not immediately release the funds. After the transaction was delayed, Hamilton became nervous and left the Money Mart store without collecting the $1,500. Hamilton left behind the false identification card with his photo and the name "R.S." Money Mart store security camera footage shows Hamilton attempting to complete the fraudulent transaction and exiting the premises.

11.     On August 4, 2014, NFCU Investigator McBrayer contacted the FBI advising that additional fraudulent Western Union transfers were being requested through NFCU's website. According to McBrayer, the requests were coming from an IP address corresponding to the Parklane Motel in Oakland, California. Hamilton was subsequently observed exiting room 122 at the Parklane Motel in Oakland, California. After determining that Hamilton's physical description matched the security camera images and the false identification cards from the Money Mart transactions on April 12, 2014 and April 25, 2014, Hamilton was detained.

12.     After being detained, Hamilton was transported to the FBI offices in Oakland,

California. After being advised of rights, Hamilton waived his rights and agreed to be interviewed. Hamilton admitted that he had used account holder information and fake identification cards with his picture to make the Western Union transfers on April 12, 2014 and April 25, 2014. Hamilton reviewed security camera images from the Money Mart location and confirmed that he was the person in the images. Hamilton further reviewed recorded telephone calls from NFCU corresponding to these transfers and confirmed that it was his voice impersonating R.S.

## V. CONCLUSION

13.    Based upon the information contained in this affidavit, probable cause exists to establish that in the Northern District of California, Hamilton knowingly and unlawfully committed violations of Title 18, United States Code Section 1029 (a)(2) (Access Device Fraud).

## VI. REQUEST FOR SEALING

14.    Since this investigation is continuing, disclosure of the criminal complaint, this affidavit, and the application for an arrest warrant would jeopardize the progress of the investigation and the identification of additional suspects. Accordingly, I request that the Court issue an order that the criminal complaint, this affidavit in support of the application, and the application for the arrest warrant be filed under seal until further order of this Court.

Armando Delgado-Campos
Special Agent
Federal Bureau of Investigation
Oakland, California

Subscribed and sworn to before me this 5th day of August, 2014.

HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE